UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AXEL CRESPO-GUTIERREZ, | Case No. C17-1406RSL |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO COMPEL CLERK'S ENTRY OF DEFAULT |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendant. | |

This matter comes before the Court on "Plaintiff's Motion to Compel Clerk's Entry of Default and Objection." Dkt. # 21. The Court previously denied plaintiff's motion for entry of default, Dkt. # 18, because it was not clear from the record that service had been perfected on defendants. Service has since been perfected and counsel has appeared on defendants' behalf. Dkt. ## 17, 18; see LCR 55(a) (requiring specific proof of service as a prerequisite to an entry of default).

For these reasons, plaintiff's motion, Dkt. # 21, is DENIED.

DATED this 27th day of March, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL CLERK'S ENTRY OF DEFAULT - 1