UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AXEL CRESPO-GUTIERREZ, | Case No. C17-1406RSL |
| Plaintiff, | ORDER |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

This matter comes before the Court on plaintiff's motion for extension of time. Dkt. # 28. Plaintiff seeks an extension until June 11, 2018, to respond to defendants' motion to dismiss. See Dkt. # 25. Defendants voluntarily renoted the motion for July 13, 2018. Dkt. # 29. Pursuant to Local Civil Rule 7(d), that extends plaintiff's deadline for a response until July 9, 2018. LCR 7(d) (available at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf). Because the government has voluntarily extended plaintiff's response deadline beyond even what he requested, his motion, Dkt. # 28, is DENIED as moot.

DATED this 10th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1