UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AXEL CRESPO-GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　Defendants. | Case No. C17-1406RSL<br><br>ORDER |

This matter comes before the Court on plaintiff's "Motion for Clarification for Purposes of Appeal." Dkt. # 39. Plaintiff moves the Court for clarification of a purported dismissal order that plaintiff claims was entered as Dkt. # 33 on July 13, 2018. This reflects a Notice of Appeal that plaintiff filed on August 6, 2018, purporting to appeal "this district court's order dated: July 13, 2018." See Dkt. # 34. Plaintiff's confusion—and the Ninth Circuit's dismissal of his appeal—may stem from the fact that the Court did not enter an order on July 13, 2018, much less a dismissal. On the docket, Dkt. # 33 (which was entered on July 13, 2018) is a Reply filed by the United States in the briefing on its Motion to Dismiss.

After plaintiff filed the Notice of Appeal, the Court did in fact dismiss his case in an Order and Judgment entered September 5, 2018. See Dkts. ## 37, 38. That Judgment terminated the case and is a final decision appealable to the Ninth Circuit. See James v. Price Stern Sloan, Inc., 283 F.3d 1064, 1070 (9th Cir. 2002). The Court notes that plaintiff has 60 days from the entry of the Order and Judgment to file a notice of appeal. See Fed. R. App. P. 4(a)(1)(B).

ORDER - 1

DATED this 12th day of September, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2